MEMO ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __11/3/2021__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
COTINA WHITE,

          Plaintiff,

vs.

TRI-COUNTY CARE, LLC,

          Defendant.
------------------------------------------------------x

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Civil Action No. 7:21-cv-03230 (NSR)

**IT IS HEREBY STIPULATED AND AGREED** by the undersigned attorneys for the parties, that no party being an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, this action is dismissed with prejudice and without costs or attorneys' fees as to either party.

**IT IS HEREBY FURTHER STIPULATED AND AGREED**, that this Stipulation may be filed in counterparts, and that electronic signatures shall be deemed acceptable and treated as originals.

Dated: Ossining, New York
        Oct. 16, 2021

LAW OFFICE OF PAUL N. CISTERNINO, P.C.
*Attorneys for Plaintiff*
*Cotina White*

By: _____
    Paul N. Cisternino

16 Briarbrook Rd
Ossining, NY 10562
(914) 330-1527

Dated: Great Neck, New York
        November 2, 2021

GARFUNKEL WILD, P.C.
*Attorneys for Defendant*
*Tri-County Care, LLC*

By: _____
    Andrew Zwerling
    Harpreet Kaur

111 Great Neck Road
Great Neck, New York 11021
(516) 393-2200

SO ORDERED:

_____
HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

Dated: White Plains, NY
Nov. 3, 2021

6231168v.3